**T.A. BLACKBURN LAW, PLLC**
1242 East 80th Street, 3rd Floor | Brooklyn, New York 11236
Tel: (347) 342-7432 | tblackburn@tablackburnlaw.com

August 14, 2026

VIA ECF
Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Primus v. Toorak Real Estate Holding V LLC*, Case No. 1:25-cv-06114 (CBA)(PK)
Plaintiff's Status Report

Dear Judge Kuo:

This firm represents Plaintiff Shanique Primus in the above-referenced premises-liability action. In accordance with the Court's directive, Plaintiff respectfully submits the following status update regarding the current posture of discovery and settlement in this matter.

1. Plaintiff's Responses to Defendant's Combined Discovery Demands.

Plaintiff has served her responses to Defendant's combined discovery demands, including Defendant's requests for production. Plaintiff's production is substantially complete and includes *all medical records* in Plaintiff's possession, custody, or control relating to the injuries alleged in this action, together with duly executed HIPAA-compliant authorizations for the ambulance provider, Brookdale Hospital Medical Center (emergency department, June 25, 2025), SUNY Downstate Medical Center (open reduction and internal fixation surgery on July 9, 2025), Dr. Craveiro (orthopedic surgeon), and Plaintiff's physical therapy provider. Plaintiff will continue to supplement her production on a rolling basis pursuant to Federal Rule of Civil Procedure 26(e) as additional records are received.

2. Plaintiff's Affirmative Discovery Demands.

Plaintiff has served her First Set of Interrogatories, First Requests for Production of Documents, and First Requests for Admission upon Defendant. Plaintiff's demands are directed to core liability and notice issues, including ownership and control of the subject premises at 341 East 51st Street, Brooklyn, New York; prior complaints and violations concerning the interior stairway and lighting; inspection, maintenance, and repair records; the applicable insurance policy or policies; and the identities of managing agents and vendors responsible for the premises during the relevant period. Plaintiff is presently awaiting Defendant's responses and production, which are due under Federal Rules of Civil Procedure 33, 34, and 36.

3. Plaintiff's Settlement Demand.

Plaintiff has served upon Defendant a reasonable settlement demand supported by Plaintiff's injuries and comparable outcomes.[1] *Plaintiff sustained a displaced right ankle fracture and dislocation, requiring emergency closed reduction at Brookdale Hospital and, on July 9, 2025, open reduction and internal fixation (ORIF) surgery at SUNY Downstate Medical Center with the*

[1] The demand is supported by multiple comparable New York cases in which plaintiffs sustaining similar right-ankle fracture/ORIF injuries either settled for, or were awarded by verdict, multiples of Plaintiff's current demand. The supporting analysis, comparators, operative medical records, and imaging have been provided to defense counsel.

*implantation of two plates and multiple screws. Plaintiff continues to undergo physical therapy and orthopedic care, with persistent pain, limited range of motion, and permanent hardware in place.*

4. Plaintiff's Position on Resolution.

Plaintiff respectfully advises the Court that this case should be settled, and can be settled rather quickly, if the Defendants are serious about resolving it. Liability is straightforward, damages are documented and objectively verifiable, and Plaintiff's demand is grounded in comparable outcomes in this jurisdiction. Plaintiff stands ready to engage in a settlement conference, mediation, or informal negotiation at the Court's or the parties' convenience, and Plaintiff will cooperate fully with any settlement procedure the Court deems appropriate.

Plaintiff thanks the Court for its continued attention to this matter and is available at the Court's convenience should Your Honor require any further information.

Respectfully submitted,

By: /s/ Tyrone A. Blackburn, Esq.
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Tel: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
Attorneys for Plaintiff Shanique Primus

cc: Diane C. Cooper, Esq. (via ECF)
Chesney, Nicholas & Brower, LLP
Attorneys for Defendant Toorak Real Estate Holding V LLC