T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor, Brooklyn, New York 11236
Telephone: (347) 342-7432 | Email: tblackburn@tablackburnlaw.com

October 13, 2026

VIA ECF
Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Shanique Primus v. Toorak Real Estate Holding V LLC
Case No. 1:25-cv-06114 (CBA) (PK)
Consent Letter Motion for a 90-Day Extension of Fact Discovery

Dear Judge Kuo:

I represent Plaintiff Shanique Primus in this premises-liability action. Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Section IV of Your Honor's Individual Practice Rules, Plaintiff respectfully requests a 90-day extension of the fact-discovery completion deadline from October 15, 2026 to January 13, 2027. This is Plaintiff's first request to extend that deadline. Defendant, through its counsel, Diane C. Cooper, Esq., consents to the requested extension.

Discovery has progressed, but material work remains. Plaintiff has been deposed. Plaintiff will also depose three individuals identified by Defendant in its discovery disclosures whose testimony is relevant to the claims and defenses. Those examinations remain to be completed, and additional time is needed to arrange and conduct them and address any resulting follow-up discovery.

The parties also have outstanding written discovery to complete. Defendant must provide complete responses to Plaintiff's outstanding discovery demands and any remaining responsive production. Plaintiff, in turn, is preparing responses to Defendant's post-deposition supplemental demands. The requested extension will permit both sides to complete these exchanges and allow the remaining witnesses to be examined on a more complete documentary record.

The continuing production has included Housing Court materials supplied on September 24, 2026, and marshal legal-possession notices and inventories supplied on September 30, 2026. These materials bear on Defendant's occupancy and possession contentions and require focused follow-up concerning the persons involved, access to the premises, and the relationship between the later turnover of possession and the conditions at the time of Plaintiff's accident. Plaintiff seeks time to complete that fact development.

Plaintiff is also in the process of finalizing the retention of her experts. Completing the outstanding production and fact-witness examinations will assist the experts' evaluation of the record. This application does not request an extension of the separately established expert-disclosure deadlines. Good cause supports the requested modification. Plaintiff's deposition has been completed, both parties have identified outstanding discovery work, and the September production provides a concrete basis for additional examination and follow-up.

Because the fact-discovery extension affects the October 21, 2026, joint status report certifying its completion, Plaintiff also requests that the report deadline be moved by 90 days to January 19, 2027. A revised Proposed Discovery Plan/Scheduling Order is attached. All other deadlines in the March 4, 2026, Scheduling Order, ECF No. 19, would remain unchanged, including the December 15, 2026, affirmative expert-report deadline and the April 5, 2027, deadline for completion of all discovery.

Accordingly, Plaintiff respectfully requests that the Court extend fact discovery through January 13, 2027, and the related joint status-report deadline through January 19, 2027. Thank you for the Court's consideration.

Respectfully submitted,
*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
Attorney for Plaintiff Shanique Primus

Enclosure: Revised Proposed Discovery Plan/Scheduling Order

cc: Diane C. Cooper, Esq.
Chesney, Nicholas & Brower, LLP
Counsel for Defendant (via ECF upon filing)