# AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
ss.:
COUNTY OF SUFFOLK)

JANIS MACHALSKI, being duly sworn, deposes and say that the deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York; that on November 24th, 2026, deponent on behalf of defendant, Toorak Real Estate Holding V LLC served one copy of each of the following documents: **NOTICE OF APPEARANCE, RESPONSE TO PLAINTIFF'S PRODUCE OF DOCUMENTS, RESPONSE TO PLAINTIFF'S INTERROGATORIES AND DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS** upon:

T.A. BLACKBURN LAW, PLLC
Attorneys for Plaintiff
SHANIQUE PRIMUS
1242 E. 80th Street, 3rd Floor
Brooklyn, New York 11236
(347) 342-7432

at the addresses designated by said attorney and individual for that purpose by depositing true copies of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Janis Machalski
JANIS MACHALSKI

Sworn to before me this
24th day of November, 2026.

NOTARY PUBLIC

Kristin Leicht
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6308010
Qualified in Nassau County
My Commission Expires July 21, 20 30